UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
MULLANEY JR., MICHAEL T                       §     Case No. 09-41111 JBS
MULLANEY, DEBORAH A                           §
                                              §
                                              §
            Debtor(s)                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   The remaining funds are available for distribution.

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RONALD R. PETERSON_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-41111 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | MULLANEY JR., MICHAEL T | | Date Filed (f) or Converted (c): | 10/30/09 (f) |
| | MULLANEY, DEBORAH A | | 341(a) Meeting Date: | 12/22/09 |
| For Period Ending: | 04/15/14 | (5th reporting period for this case) | Claims Bar Date: | 03/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Location: 5612 N. Ozark Ave., Chicago | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. 1/4 ownership interest in summerhome located at 49 | 60,000.00 | 60,000.00 | | 15,000.00 | FA |
| 3. Cash on Hand | 100.00 | 100.00 | | 0.00 | FA |
| 4. Checking Account with Liberty Bank | 1,450.00 | 1,450.00 | | 0.00 | FA |
| 5. Checking Account with Chicago Municipal Employees | 0.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Household Goods | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7. Miscellaneous Collectibles | 150.00 | 150.00 | | 0.00 | FA |
| 8. Miscellaneous Clothing | 800.00 | 800.00 | | 0.00 | FA |
| 9. Miscellaneous Costume Jewelry | 200.00 | 200.00 | | 0.00 | FA |
| 10. 02 Toyota | 1,750.00 | 1,750.00 | | 0.00 | FA |
| 11. Workmen's compensation case vs. City of Chicago. ( | 0.00 | 0.00 | | 0.00 | FA |
| 12. 3rd Party Action relatedto workman's comp case (u) | 0.00 | 50,000.00 | | 75,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $416,950.00 | $116,950.00 | | $90,000.00 | $0.00 |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 17.05d

Case 09-41111   Doc 51   Filed 05/02/14   Entered 05/02/14 09:23:35   Desc Main
Document      Page 4 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No.: | 09-41111 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | MULLANEY JR., MICHAEL T | | Date Filed (f) or Converted (c): | 10/30/09 (f) |
| | MULLANEY, DEBORAH A | | 341(a) Meeting Date: | 12/22/09 |
| | | | Claims Bar Date: | 03/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 18, 2014, 10:21 a.m.:  The TFR  was submitted to the U.S. Trustee's office on 4/17/14.  This case had two issues. First, we had to fight the insurance defense bar.  Mullaney did not schedule a lawsuit for personal injury.  The insurance defense bar claimed judicial estoppel based upon the appellate court's decision in Burge.  We spent a lot of time and resources persuading Judge Brewer that judicial estoppel does not apply to trustees.  We also sold the Debtor's interest in a delapidated summer cottage.

April 29, 2013, 08:07 a.m.   Two matters are continuing in this case.  I discovered that Mulllany had intiated a lawsuit against certain contrctors, arising out of his injury as a building inspector.  The defendants moved to dismiss on the grounds of judicial estoppel.  We briefed the matter in the first calendar quarter, and ultimately, we prevailed before Judge Brewer.  The matter is now on trial call.  There is a substantial amount of money in play.  Second, we are still trying to sell Mullaney's fractional interest in a home in Michigan. His sister is stalling the deal.

August 22, 2012, 08:17 a.m.  We have discovered a personal injury lawsuit, and we will follow it.  The case is set for hearing in state court today.

January 30, 2012, 12:29 pm.  Attempting to sell minority interest in real estate co-owned by siblings.  Family Feud.

December 05, 2011, 05:24 pm.  Met with J. Knapp re sale of  the estate's interest in real estate to the fifth sibling for $25M, over the objections of the sister.

January 26, 2011, 9:23 p.m.  Debtor's relatives having difficulty funding settlement.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-41111    Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MULLANEY JR., MICHAEL T | Date Filed (f) or Converted (c): | 10/30/09 (f) |
| | MULLANEY, DEBORAH A | 341(a) Meeting Date: | 12/22/09 |
| | | Claims Bar Date: | 03/25/10 |

August 3, 2010, 8:54 a.m. Accepted offer of $25,000 for Debtor's interest.

MarcDebtor owns a one-quarter interest in a summer home in Michigan. The Trustee has begun negotiations with the family's lawyer to have the family buy out the Debtor's quarter interest.

March 07, 2012, 01:01 pm Talked to sister on 5 March 20112. We have family fued. She is stopping up deal because she too wants to be bought out.


Initial Projected Date of Final Report (TFR): 08/31/12      Current Projected Date of Final Report (TFR): 05/31/14


_____   Date: _____

RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-41111 -JBS | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | MULLANEY JR., MICHAEL T | | Bank Name: | ASSOCIATED BANK |
| | MULLANEY, DEBORAH A | | Account Number / CD #: | *******8646 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7691 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/13 | 2 | Jennifer K. Jensen<br>450 Newport Cir.<br>Oswego, Il 60543 | Real Property Sales | 1110-000 | 7,500.00 | | 7,500.00 |
| 11/19/13 | 2 | John T. Mullaney | Real Property Sales | 1110-000 | 7,500.00 | | 15,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,990.00 |
| 12/26/13 | | Benjamin and Shapiro | Personal injury claim | | 15,341.81 | | 30,331.81 |
| | | BENJAMIN AND SHAPIRO, LTD | Memo Amount: ( 25,000.00 )<br>Plaintiff's Legal Fees | 3210-000 | | | |
| | | 180 NORTH LASALLE STREET, | Memo Amount: ( 2,628.98 )<br>Benjamin and Shapiro, Ltd | 3420-000 | | | |
| | | | Memo Amount: ( 31,271.44 )<br>City of Chicago | 4220-000 | | | |
| | | | Memo Amount: ( 757.77 )<br>Chicago Medical Plan | 4220-000 | | | |
| | | | Memo Amount: 75,000.00<br>Benjamin & Shapiro | 1242-000 | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.70 | 30,305.11 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.05 | 30,260.06 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.64 | 30,219.42 |

Page Subtotals 30,341.81 122.39

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 17.05c

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-41111 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MULLANEY JR., MICHAEL T | | Bank Name: | ASSOCIATED BANK |
| | MULLANEY, DEBORAH A | | Account Number / CD #: | *******8646 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7691 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 75,000.00 | COLUMN TOTALS | 30,341.81 | 122.39 | 30,219.42 |
| | Memo Allocation Disbursements: | 59,658.19 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 30,341.81 | 122.39 | |
| | Memo Allocation Net: | 15,341.81 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 30,341.81 | 122.39 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 75,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 59,658.19 | Checking Account (Non-Interest Earn - *******8646 | 30,341.81 | 122.39 | 30,219.42 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 15,341.81 | | 30,341.81 | 122.39 | 30,219.42 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 15, 2014 |

Case Number: 09-41111  
Debtor Name: MULLANEY JR., MICHAEL T  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 001 3110-00 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $70,913.00 | $0.00 | $70,913.00 |
| 000007 001 3120-00 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $2,573.01 | $0.00 | $2,573.01 |
| 000001 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 01/09/10 | $6,760.33 | $0.00 | $6,760.33 |
| 000002 070 7100-00 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 01/12/10 | $2,062.12 | $0.00 | $2,062.12 |
| 000003 070 7100-00 | Total Recovery Services<br>2417 Spy Run Ave #5<br>Fort Wayne, IN 46805 | Unsecured | Filed 01/22/10 | $1,349.15 | $0.00 | $1,349.15 |
| 000004 070 7100-00 | University Anesthesiologists<br>P.O. Box 128<br>Glenview, IL 60025 | Unsecured | Filed 01/25/10 | $616.45 | $0.00 | $616.45 |
| 000005 070 7100-00 | CitiFinancial Services Inc.<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Unsecured | Filed 02/01/10 | $5,007.19 | $0.00 | $5,007.19 |
| | Case Totals: | | | $89,281.25 | $0.00 | $89,281.25 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-41111 JBS
Case Name: MULLANEY JR., MICHAEL T
           MULLANEY, DEBORAH A
Trustee Name: RONALD R. PETERSON

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000002 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000003 | Total Recovery Services<br>2417 Spy Run Ave #5<br>Fort Wayne, IN 46805 | $ | $ | $ |
| 000004 | University Anesthesiologists<br>P.O. Box 128<br>Glenview, IL 60025 | $ | $ | $ |
| 000005 | CitiFinancial Services Inc.<br>P.O. Box 140489<br>Irving, TX 75014-0489 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE