# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                                §
                                      §
MULLANEY JR., MICHAEL T               §     Case No. 09-41111 JBS
MULLANEY, DEBORAH A                   §
                                      §
                                      §
        Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

       Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

       The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
              CLERK OF THE U.S. BANKRUPTCY COURT
              KENNETH S. GARDNER
              219 S. Dearborn St.
              Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/26/2014 in Courtroom 682,
              UNITED STATES BANKRUPTCY COURT
              219 S. Dearborn St.
              Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/06/2014                    By: UNITED STATES BANKRUPTCY
                                               COURT
                                                                    Clerk


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
MULLANEY JR., MICHAEL T § Case No. 09-41111 JBS
MULLANEY, DEBORAH A §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 90,000.00 |
| and approved disbursements of | $ | 59,780.58 |
| leaving a balance on hand of[1] | $ | 30,219.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 7,750.00 | $ 0.00 | $ 7,750.00 |
| Trustee Expenses: RONALD R. PETERSON | $ 24.26 | $ 0.00 | $ 24.26 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 70,913.00 | $ 0.00 | $ 21,659.27 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 2,573.01 | $ 0.00 | $ 785.89 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 30,219.42 |
| Remaining Balance | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,795.24  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 6,760.33 | $ 0.00 | $ 0.00 |
| 000002 | CAPITAL ONE BANK USA, N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte, NC 28272-1083 | $ 2,062.12 | $ 0.00 | $ 0.00 |
| 000003 | Total Recovery Services 2417 Spy Run Ave #5 Fort Wayne, IN 46805 | $ 1,349.15 | $ 0.00 | $ 0.00 |
| 000004 | University Anesthesiologists P.O. Box 128 Glenview, IL 60025 | $ 616.45 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | CitiFinancial Services Inc. P.O. Box 140489 Irving, TX 75014-0489 | $ 5,007.19 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                          Prepared By: /s/Ronald R. Peterson
                                                                               Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-41111-JBS
Michael T Mullaney                                                      Chapter 7
Deborah A Mullaney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 3               Date Rcvd: May 06, 2014
                              Form ID: pdf006              Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2014.
```
db          #+Michael T Mullaney, Jr.,    5612 N. Ozark Ave.,    Chicago, IL 60631-3316
jdb         #+Deborah A Mullaney,    5612 N. Ozark Ave.,    Chicago, IL 60631-3316
14663217     +Advocate Medical Group,    P.O. Box 92523,    Chicago, IL 60675-2523
14663219     +Alliance Collection Agencies, Inc.,    3916 S. Business Park Ave.,    P.O. Box 1267,
               Marshfield, WI 54449-7267
14663221     +American Recovery Systems, Inc.,    1699 Wall Street,    Suite 300,    Mount Prospect, IL 60056-5778
14663222     +Ameritox Ltd.,    P.O. Box 201826,    Dallas, TX 75320-1826
14663224     +Ballys,   8700 W. Bryn Mawr,    Chicago, IL 60631-3540
14663225    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    Attn: TSYS Debt Management,    P.O. Box 5155,
               Norcross, GA 30091)
14952593      CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
               Charlotte, NC  28272-1083
14663268    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Providian National Bank,    P.O. Box 660433,    Dallas, TX 75266)
14663227     +Chase,   Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
14941412      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14663230     +Codilis & Associates,    15W030 N. Frontage Road, Ste. 100,    Willowbrook, IL 60527-6921
14663232     +Eastern Collection Corp.,    1626-1A Locust Ave.,    Bohemia, NY 11716-2159
14663233     +Eugene Mandrea, M.D.,    1730 Park St.,    Ste. 101,    Naperville, IL 60563-1290
14663234     +Golf-Western Surgical Specialists,    8901 Gold Rd.,    Ste. 305,    Des Plaines, IL 60016-4029
14663236     +Illinois Collection Service,    P.O. Box 1010,    Tinley Park, IL 60477-9110
14663243     +Kirill Zhadavich M.D.,    P.O. Box 2056,    Northbrook, IL 60065-2056
14663244     +Law Offices of Bennett & DeLoney,    1265 E. Ford Union Blvd.,    Ste. 150,
               Midvale, UT 84047-1862
14663245     +Law Offices of Joel Cardis,    2006 Swede Rd., Ste. 100,    Norristown, PA 19401-1787
14663246     +Law Offices of Ronald Hennings,    3755 E. Main St.,    Ste. 175,    Saint Charles, IL 60174-2463
14663247     +Loyola University Medical,    2160 S. First Ave.,    Maywood, IL 60153-3328
14663248     +Malcolm S. Gerald & Assoc., Inc.,    332 S. Michigan Ave., Ste. 600,    Chicago, IL 60604-4318
14663249     +Maria Slobodian, MD,    777 Oakmont Ln.,    Ste. 1600,    Westmont, IL 60559-5577
14663252     +Michael D. Fine/Sarah A. Faulkner,    131 S. Dearborn St.,    Fl. 5,    Chicago, IL 60603-5517
14663253     +Michael J. Athans,    32 Main St.,    Park Ridge, IL 60068-4060
14663254     +Michaels Stores, Inc.,    P.O. Box 201059,    Dallas, TX 75320-1059
14663255     +Midwest Diagnostic Pathology,    75 Remittance Dr.,    Suite 3070,    Chicago, IL 60675-3070
14663257     +Moolah Loan Co.,    4828 N. Cumberland,    Harwood Heights, IL 60706-2914
14663258     +Nationwide Credit & Collection Inc,    9919 Roosevelt Rd.,    Westchester, IL 60154-2774
14663259     +Neurology Specialists of N.IL.,    P.O. Box 2823,    Carol Stream, IL 60132-2823
14663260     +North Shore Gastroenterology,    4711 Golf Rd.,    Ste. 500,    Skokie, IL 60076-1208
14663261     +Northwestern Comm. Phys. Assoc.,    4238 Arlington Hts. Rd.,    #133,
               Arlington Heights, IL 60004-1304
14663263      OSI Recovery Solutions,    P.O. Box 8902,    Westbury, NY 11590
14663262     +Oak Park Open MRI,    P.O. Box 501170,    Saint Louis, MO 63150-1170
14663267    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,
               120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502)
14663265     #+Peoples Gas,   C/O Bankruptcy Dept.,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
14663266     +Plaza Associates,    370 Seventh Ave.,    New York, NY 10001-3900
14663269     +Quest Diagnostics,    P.O. Box 64804,    Baltimore, MD 21264-4804
14663275     +RMC Emergency Physicians,    520 E. 22nd St.,    Lombard, IL 60148-6110
14663276    ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
               CHICAGO IL 60612-3228
             (address filed with court: Rush University Medical Group,    75 Remittance Drive,    Ste. 1611,
               Chicago, IL 60675)
14663270     +Resurrection Ambulatory Care Svcs.,    P.O. Box 6670,    River Forest, IL 60305-6670
14663271     +Resurrection Immediate Care Center,    3101 N. Harlem Ave.,    Chicago, IL 60634-4543
14663272     +Resurrection Medical Center,    P.O. Box 220281,    Chicago, IL 60622-0281
14663274     #+Richard A. Snow,    123 W. Madison St.,    Ste. 310,    Chicago, IL 60602-4847
14663278     +Sstcigpfcorp,    4315 Pickett Rd.,    Saint Joseph, MO 64503-1600
14663279     +Sterling Account Services, Inc.,    P.O. Box 7244,    Buffalo Grove, IL 60089-7244
14663280     +Suburban Lung Associates,    Box 967,    Tinley Park, IL 60477-0967
14663281     +The Ear, Nose and Throat Ctr.,    1875 Dempster St.,    Ste. 301,    Park Ridge, IL 60068-1127
14999724     +Total Recovery Services,    2417 Spy Run Ave #5,    Fort Wayne, IN 46805-3259
14663282     +Transworld Systems Inc.,    25 Northwest Point Blvd.,    #750,    Elk Grove Village, IL 60007-1058
14663283     +United Compucred Collections, Inc.,    P.O. Box 111100,    Cincinnati, OH 45211-1100
14663284     +University Anesthesiologists,    P.O. Box 128,    Glenview, IL 60025-0128
14663285     +Village Radiology, Ltd.,    121 N. Marion St.,    Oak Park, IL 60301-1079
14663286     +West Suburban Emergency Svcs.,    P.O. Box 5988,    Dept. 20 5055,    Carol Stream, IL 60197-5988
14663287     +West Suburban Professional Rec.,    35001 Eagle Way,    Chicago, IL 60678-1350
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 3                  Date Rcvd: May 06, 2014
                               Form ID: pdf006              Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14663218      +E-mail/PDF: recoverybankruptcy@afninet.com May 07 2014 01:28:40       Afni, Inc.,    404 Brock Dr.,
               P.O. Box 3427,    Bloomington, IL 61702-3427
14663223      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 07 2014 01:24:06       Asset Acceptance, LLC,
               P.O. Box 2036,    Warren, MI 48090-2036
14663226      +E-mail/Text: contact@csicollects.com May 07 2014 01:25:42       Certified Services, Inc.,
               1733 Washington St.,    Ste. 201,    Waukegan, IL 60085-5192
14663235      +Fax: 732-352-7538 May 07 2014 01:38:15        HSBC Mortgage Corp. U.S.A.,    2929 Walden Ave,
               Depew, NY 14043-2690
14663250      +Fax: 847-227-2151 May 07 2014 03:38:23        Medical Recovery Specialists, Inc.,
               2250 East Devon Avenue, Ste. 352,    Des Plaines, IL 60018-4519
14663256      +E-mail/Text: mmrgbk@miramedrg.com May 07 2014 01:24:21       MiraMed Revenue Group,    Dept. 77304,
               P.O. Box 77000,    Detroit, MI 48277-2000
14663264      +E-mail/Text: mmrgbk@miramedrg.com May 07 2014 01:24:21       Pellettieri & Assoc,
               991 Oak Creek Drive,    Lombard, IL 60148-6408
14663273      +E-mail/Text: mmrgbk@miramedrg.com May 07 2014 01:24:21       Revenue Production Management, Inc.,
               P.O. Box 830913,    Birmingham, AL 35283-0913
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Jenner & Block LLP
14663237*    +Illinois Collection Service,    P.O. Box 1010,    Tinley Park, IL 60477-9110
14663238*    +Illinois Collection Service,    P.O. Box 1010,    Tinley Park, IL 60477-9110
14663239*    +Illinois Collection Service,    P.O. Box 1010,    Tinley Park, IL 60477-9110
14663241*    +Illinois Collection Service,    P.O. Box 646,    Oak Lawn, IL 60454-0646
14663242*    +Illinois Collection Service,    P.O. Box 646,    Oak Lawn, IL 60454-0646
14663251*    +Medical Recovery Specialists, Inc.,    2250 East Devon Avenue, Ste. 352,
               Des Plaines, IL 60018-4519
14663220     ##+Allied Interstate,    P.O. Box 5023,    New York, NY 10163-5023
14663229     ##+CitiFinancial,    Attn: Bankruptcy,    P.O. Box 140069,    Irving, TX 75014-0069
15046098      ##CitiFinancial Services Inc.,     P.O. Box 140489,    Irving, TX 75014-0489
14663228     ##+Citifinancial,    Bankruptcy Dep.,    P.O. Box 140069,    Irving, TX 75014-0069
14663231     ##+Diagnostic Imaging Assoc.,    P.O. Box 68,    Northbrook, IL 60065-0068
14663240     ##+Illinois Collection Service,    P.O. Box 646,    Oak Lawn, IL 60454-0646
14663277     ##+Seban Law Office, P.C.,    P.O. Box 8856,    Fort Wayne, IN 46898-8856
                                                                                        TOTALS: 1, * 6, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2014                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2014 at the address(es) listed below:
              Gloria C Tsotsos    on behalf of Creditor    HSBC Mortgage Corporation nd-two@il.cslegal.com
              Konstantine T. Sparagis    on behalf of Debtor Michael T Mullaney, Jr. gsparagi@yahoo.com,
               gus@atbankruptcy.com;josietroester@msn.com;morgan@atbankruptcy.com;drew@atbankruptcy.com
              Konstantine T. Sparagis    on behalf of Joint Debtor Deborah A Mullaney gsparagi@yahoo.com,
               gus@atbankruptcy.com;josietroester@msn.com;morgan@atbankruptcy.com;drew@atbankruptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: dwilliams              Page 3 of 3            Date Rcvd: May 06, 2014
                              Form ID: pdf006              Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com, lraiford@jenner.com
          Ronald R Peterson    rpeterson@jenner.com,    rpeterson@ecf.epiqsystems.com;docketing@jenner.com
          Timothy H. Spruce    on behalf of Debtor Michael T Mullaney, Jr. tim@atbankruptcy.com, yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com;Yolis.KaplanLaw@gmail.com
          Timothy H. Spruce    on behalf of Joint Debtor Deborah A Mullaney tim@atbankruptcy.com, yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com;Yolis.KaplanLaw@gmail.com

                                                                                                                                                                                                                                                                   TOTAL: 8