# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MULLANEY JR., MICHAEL T | § | Case No. 09-41111 JBS |
| MULLANEY, DEBORAH A | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Mortgage Corp. U.S.A. 2929 Walden Ave Depew, NY 14043 | | | | | |
| | Chicago Medical Plan | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RON PETERSON | | | | | |
| RON PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK LLP | | | | | |
| BENJAMIN AND SHAPIRO, LTD | | | | | |
| 180 NORTH LASALLE STREET, | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Medical Group P.O. Box 92523 Chicago, IL 60675 | | | | | |
| | Afni, Inc. 404 Brock Dr. P.O. Box 3427 Bloomington, IL 61702 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliance Collection Agencies, Inc. 3916 S. Business Park Ave. P.O. Box 1267 Marshfield, WI 54449 | | | | | |
| | Allied Interstate P.O. Box 5023 New York, NY 10163 | | | | | |
| | American Recovery Systems, Inc. 1699 Wall Street Suite 300 Mount Prospect, IL 60056 | | | | | |
| | Ameritox Ltd. P.O. Box 201826 Dallas, TX 75320 | | | | | |
| | Asset Acceptance, LLC P.O. Box 2036 Warren, MI 48090 | | | | | |
| | Ballys 8700 W. Bryn Mawr Chicago, IL 60631 | | | | | |
| | Capital 1 Bank Attn: TSYS Debt Management P.O. Box 5155 Norcross, GA 30091 | | | | | |
| | Certified Services, Inc. 1733 Washington St. Ste. 201 Waukegan, IL 60085 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Attn: Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | CitiFinancial Attn: Bankruptcy P.O. Box 140069 Irving, TX 75014 | | | | | |
| | Citifinancial Bankruptcy Dep. P.O. Box 140069 Irving, TX 75014 | | | | | |
| | Codilis & Associates 15W030 N. Frontage Road, Ste. 100 Willowbrook, IL 60527 | | | | | |
| | Diagnostic Imaging Assoc. P.O. Box 68 Northbrook, IL 60065 | | | | | |
| | Eastern Collection Corp. 1626-1A Locust Ave. Bohemia, NY 11716 | | | | | |
| | Eugene Mandrea, M.D. 1730 Park St. Ste. 101 Naperville, IL 60563 | | | | | |
| | Golf-Western Surgical Specialists 8901 Gold Rd. Ste. 305 Des Plaines, IL 60016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477 | | | | | |
| | Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477 | | | | | |
| | Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477 | | | | | |
| | Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477 | | | | | |
| | Illinois Collection Service P.O. Box 646 Oak Lawn, IL 60454 | | | | | |
| | Illinois Collection Service P.O. Box 646 Oak Lawn, IL 60454 | | | | | |
| | Illinois Collection Service P.O. Box 646 Oak Lawn, IL 60454 | | | | | |
| | Kirill Zhadavich M.D. P.O. Box 2056 Northbrook, IL 60065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Offices of Bennett & DeLoney 1265 E. Ford Union Blvd. Ste. 150 Midvale, UT 84047 | | | | | |
| | Law Offices of Joel Cardis 2006 Swede Rd., Ste. 100 Norristown, PA 19401 | | | | | |
| | Law Offices of Ronald Hennings 3755 E. Main St. Ste. 175 Saint Charles, IL 60174 | | | | | |
| | Loyola University Medical 2160 S. First Ave. Maywood, IL 60153 | | | | | |
| | Malcolm S. Gerald & Assoc., Inc. 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | | | | |
| | Maria Slobodian, MD 777 Oakmont Ln. Ste. 1600 Westmont, IL 60559 | | | | | |
| | Medical Recovery Specialists, Inc. 2250 East Devon Avenue, Ste. 352 Des Plaines, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Recovery Specialists, Inc. 2250 East Devon Avenue, Ste. 352 Des Plaines, IL 60018 | | | | | |
| | Michael D. Fine/Sarah A. Faulkner 131 S. Dearborn St. Fl. 5 Chicago, IL 60603 | | | | | |
| | Michael J. Athans 32 Main St. Park Ridge, IL 60068 | | | | | |
| | Michaels Stores, Inc. P.O. Box 201059 Dallas, TX 75320 | | | | | |
| | Midwest Diagnostic Pathology 75 Remittance Dr. Suite 3070 Chicago, IL 60675 | | | | | |
| | MiraMed Revenue Group Dept. 77304 P.O. Box 77000 Detroit, MI 48277 | | | | | |
| | Moolah Loan Co. 4828 N. Cumberland Harwood Heights, IL 60706 | | | | | |
| | Nationwide Credit & Collection Inc 9919 Roosevelt Rd. Westchester, IL 60154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Neurology Specialists of N.IL. P.O. Box 2823 Carol Stream, IL 60132 | | | | | |
| | North Shore Gastroenterology 4711 Golf Rd. Ste. 500 Skokie, IL 60076 | | | | | |
| | Northwestern Comm. Phys. Assoc. 4238 Arlington Hts. Rd. #133 Arlington Heights, IL 60004 | | | | | |
| | OSI Recovery Solutions P.O. Box 8902 Westbury, NY 11590 | | | | | |
| | Oak Park Open MRI P.O. Box 501170 Saint Louis, MO 63150 | | | | | |
| | Pellettieri & Assoc 991 Oak Creek Drive Lombard, IL 60148 | | | | | |
| | Peoples Gas C/O Bankruptcy Dept. 130 E. Randolph Dr. Chicago, IL 60602 | | | | | |
| | Plaza Associates 370 Seventh Ave. New York, NY 10001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Attn: Bankruptcy 120 Corporate Blvd., Ste. 100 Norfolk, VA 23502 | | | | | |
| | Providian National Bank P.O. Box 660433 Dallas, TX 75266 | | | | | |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264 | | | | | |
| | RMC Emergency Physicians 520 E. 22nd St. Lombard, IL 60148 | | | | | |
| | Resurrection Ambulatory Care Svcs. P.O. Box 6670 River Forest, IL 60305 | | | | | |
| | Resurrection Immediate Care Center 3101 N. Harlem Ave. Chicago, IL 60634 | | | | | |
| | Resurrection Medical Center P.O. Box 220281 Chicago, IL 60622 | | | | | |
| | Revenue Production Management, Inc. P.O. Box 830913 Birmingham, AL 35283 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richard A. Snow 123 W. Madison St. Ste. 310 Chicago, IL 60602 | | | | | |
| | Rush University Medical Group 75 Remittance Drive Ste. 1611 Chicago, IL 60675 | | | | | |
| | Seban Law Office, P.C. P.O. Box 8856 Fort Wayne, IN 46898 | | | | | |
| | Sstcigpfcorp 4315 Pickett Rd. Saint Joseph, MO 64503 | | | | | |
| | Sterling Account Services, Inc. P.O. Box 7244 Buffalo Grove, IL 60089 | | | | | |
| | Suburban Lung Associates Box 967 Tinley Park, IL 60477 | | | | | |
| | The Ear, Nose and Throat Ctr. 1875 Demptster St. Ste. 301 Park Ridge, IL 60068 | | | | | |
| | Transworld Systems Inc. 25 Northwest Point Blvd. #750 Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Compucred Collections, Inc. P.O. Box 111100 Cincinnati, OH 45211 | | | | | |
| | University Anesthesiologists P.O. Box 128 Glenview, IL 60025 | | | | | |
| | Village Radiology, Ltd. 121 N. Marion St. Oak Park, IL 60301 | | | | | |
| | West Suburban Emergency Svcs. P.O. Box 5988 Dept. 20 5055 Carol Stream, IL 60197 | | | | | |
| | West Suburban Professional Rec. 35001 Eagle Way Chicago, IL 60678 | | | | | |
| 000002 | CAPITAL ONE BANK USA, N.A. | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CITIFINANCIAL SERVICES INC. | | | | | |
| 000003 | TOTAL RECOVERY SERVICES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | UNIVERSITY ANESTHESIOLOGISTS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-41111 | Judge: HON. JOHN B. SCHMETTERER |
|---|---|---|
| Case Name: | MULLANEY JR., MICHAEL T | |
| | MULLANEY, DEBORAH A | |
| For Period Ending: | 09/30/14 | (10th reporting period for this case) |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 10/30/09 (f) |
| 341(a) Meeting Date: | 12/22/09 |
| Claims Bar Date: | 03/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real Estate Location: 5612 N. Ozark Ave., Chicago | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. 1/4 ownership interest in summerhome located at 49 | 60,000.00 | 60,000.00 | | 15,000.00 | FA |
| 3. Cash on Hand | 100.00 | 100.00 | | 0.00 | FA |
| 4. Checking Account with Liberty Bank | 1,450.00 | 1,450.00 | | 0.00 | FA |
| 5. Checking Account with Chicago Municipal Employees | 0.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Household Goods | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7. Miscellaneous Collectibles | 150.00 | 150.00 | | 0.00 | FA |
| 8. Miscellaneous Clothing | 800.00 | 800.00 | | 0.00 | FA |
| 9. Miscellaneous Costume Jewelry | 200.00 | 200.00 | | 0.00 | FA |
| 10. 02 Toyota | 1,750.00 | 1,750.00 | | 0.00 | FA |
| 11. Workmen's compensation case vs. City of Chicago. ( | 0.00 | 0.00 | | 0.00 | FA |
| 12. 3rd Party Action relatedto workman's comp case (u) | 0.00 | 50,000.00 | | 75,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $416,950.00 | $116,950.00 | | $90,000.00 | $0.00 |

LFORM1

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 09-41111 | Judge: HON. JOHN B. SCHMETTERER | | Trustee Name: | RONALD R. PETERSON |

| Case Name: | MULLANEY JR., MICHAEL T | | Date Filed (f) or Converted (c): | 10/30/09 (f) |

| | MULLANEY, DEBORAH A | | 341(a) Meeting Date: | 12/22/09 |

| | | | Claims Bar Date: | 03/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 18, 2014, 10:21 a.m.:  The TFR  was submitted to the U.S. Trustee's office on 4/17/14.  This case had two issues. First, we had to fight the insurance defense bar.  Mullaney did not schedule a lawsuit for personal injury.  The insurance defense bar claimed judicial estoppel based upon the appellate court's decision in Burge.  We spent a lot of time and resources persuading Judge Brewer that judicial estoppel does not apply to trustees.  We also sold the Debtor's interest in a delapidated summer cottage.

April 29, 2013, 08:07 a.m.   Two matters are continuing in this case.  I discovered that Mulllany had intiatied a lawsuit against certain contrctors, arising out of his injury as a building inspector.  The defendants moved to dismiss on the grounds of judicial estoppel.  We briefed the matter in the first calendar quarter, and ultimately, we prevailed before Judge Brewer.  The matter is now on trial call.  There is a substantial amount of money in play.  Second, we are still trying to sell Mullaney's fractional interest in a home in Michigan. His sister is stalling the deal.

August 22, 2012, 08:17 a.m.  We have discovered a personal injury lawsuit, and we will follow it.  The case is set for hearing in state court today.

January 30, 2012, 12:29 pm.  Attempting to sell minority interest in real estate co-owned by siblings.  Family Feud.

December 05, 2011, 05:24 pm.  Met with J. Knapp re sale of  the estate's interest in real estate to the fifth sibling for $25M, over the objections of the sister.

January 26, 2011, 9:23 p.m.  Debtor's relatives having difficulty funding settlement.

FORM 5
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 09-41111 | Judge: HON. JOHN B. SCHMETTERER | | |

Trustee Name:    RONALD R. PETERSON

Case Name:    MULLANEY JR., MICHAEL T

MULLANEY, DEBORAH A

Date Filed (f) or Converted (c):    10/30/09 (f)

341(a) Meeting Date:    12/22/09

Claims Bar Date:    03/25/10

August 3, 2010, 8:54 a.m.  Accepted offer of $25,000 for Debtor's interest.

MarcDebtor owns a one-quarter interest in a summer home in Michigan.  The Trustee has begun negotiations with the family's lawyer to have the family buy out the Debtor's quarter interest.

March 07, 2012, 01:01 pm Talked to sister on 5 March 20112.  We have family fued.  She is stopping up deal because she too wants to be bought out.

Initial Projected Date of Final Report (TFR): 08/31/12        Current Projected Date of Final Report (TFR): 05/31/14

_____ Date: _____

RONALD R. PETERSON

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-41111 -JBS |
| Case Name: | MULLANEY JR., MICHAEL T |
| | MULLANEY, DEBORAH A |
| Taxpayer ID No: | *******7691 |
| For Period Ending: | 09/30/14 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8646  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/13 | 2 | Jennifer K. Jensen | Real Property Sales | 1110-000 | 7,500.00 | | 7,500.00 |
| | | 450 Newport Cir. | | | | | |
| | | Oswego, Il 60543 | | | | | |
| 11/19/13 | 2 | John T. Mullaney | Real Property Sales | 1110-000 | 7,500.00 | | 15,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,990.00 |
| 12/26/13 | 12 | Benjamin and Shapiro | Personal injury claim | | 15,341.81 | | 30,331.81 |
| | | BENJAMIN AND SHAPIRO, LTD | Memo Amount:      (      25,000.00 ) | 3210-000 | | | |
| | | | Plaintiff's Legal Fees | | | | |
| | | 180 NORTH LASALLE STREET, | Memo Amount:      (       2,628.98 ) | 3420-000 | | | |
| | | | Benjamin and Shapiro, Ltd | | | | |
| | | | Memo Amount:      (      31,271.44 ) | 4220-000 | | | |
| | | | City of Chicago | | | | |
| | | | Memo Amount:      (         757.77 ) | 4220-000 | | | |
| | | | Chicago Medical Plan | | | | |
| | | | Memo Amount:         75,000.00 | 1242-000 | | | |
| | | | Benjamin & Shapiro | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.70 | 30,305.11 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.05 | 30,260.06 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.64 | 30,219.42 |
| 06/27/14 | 030001 | Ron Peterson | Final Compensaton | 2100-000 | | 7,750.00 | 22,469.42 |
| | | Jenner & Block | | | | | |
| | | 353 North Clark Street | | | | | |
| | | Chicago, Il 606543456 | | | | | |
| 06/27/14 | 030002 | Ron Peterson | Trustee Expenses | 2200-000 | | 24.26 | 22,445.16 |
| | | Jenner & Boock | | | | | |
| | | 353 North Clark Street | | | | | |
| | | Chicasgo, Il 60654-3456 | | | | | |
| * 06/27/14 | 030003 | 21,659.27Block LLP | Professional Fees | 3110-003 | | 21,659.27 | 785.89 |

Page Subtotals                30,341.81          29,555.92

FORM 2                                                                                          Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 09-41111  -JBS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MULLANEY JR., MICHAEL T | Bank Name: | ASSOCIATED BANK |
| | MULLANEY, DEBORAH A | Account Number / CD #: | *******8646  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7691 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 353 North Clark Street | Fee Application Allowances | | | | |
| | | Chicago, Illinois 60654-3456 | | | | | |
| * 06/27/14 | 030003 | 21,659.27Block LLP | Professional Fees | 3110-003 | | -21,659.27 | 22,445.16 |
| | | 353 North Clark Street | Bad Payee | | | | |
| | | Chicago, Illinois 60654-3456 | | | | | |
| 06/27/14 | 030004 | Jenner & Block LLP | Trustee Counsel's Expenses | 3120-000 | | 785.89 | 21,659.27 |
| | | 353 North Clark Street | | | | | |
| | | Chicago, Il 60654-3456 | | | | | |
| 06/27/14 | 030005 | Jenner & Block | Professional Fees | 3110-000 | | 21,659.27 | 0.00 |
| | | 353 North Clark Street | Fee Application Allowances | | | | |
| | | Chicago, Illinois 60654-3456 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 75,000.00 | COLUMN TOTALS | 30,341.81 | 30,341.81 | 0.00 |
| Memo Allocation Disbursements: | 59,658.19 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 30,341.81 | 30,341.81 | |
| Memo Allocation Net: | 15,341.81 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 30,341.81 | 30,341.81 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 75,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 59,658.19 | Checking Account (Non-Interest Earn - *******8646 | 30,341.81 | 30,341.81 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 15,341.81 | | 30,341.81 | 30,341.81 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                          0.00          785.89

Ver: 18.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-41111  -JBS | |
| Case Name: | MULLANEY JR., MICHAEL T | |
| | MULLANEY, DEBORAH A | |
| Taxpayer ID No: | *******7691 | |
| For Period Ending: | 09/30/14 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8646  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| | Page Subtotals | 0.00    0.00 |